**No. 49496.**—Protests 419–K, etc., of Ardsley Trading Corporation et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49497.**—Protests 947436–G, etc., of Eurasia Import Co., Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49498.**—Protests 801988–G, etc., of Aoki Taiseido Book Co. (San Francisco).

Opinion by KINCHELOE, J. It was stipulated that certain of the books in question are the same in all material respects as those passed upon in *Aoki Taiseido* v. *United States* (10 Cust. Ct. 217, C. D. 757). In accordance therewith the protests were sustained to this extent.

BEFORE THE THIRD DIVISION, JUNE 14, 1944

**No. 49499.**—Protests 94658–K, etc., of B. C. Bendixen & P. T. Johannessen et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49500.**—Petition 6370–R of Joseph C. Murray & Co. (New York).

Opinion by CLINE, J. It appeared in this case that the broker, in making the entry, used the same process as is usually used in such cases, but the examiner was unable to find that there was a United States value for the merchandise under the provisions of section 402 (e), as construed by the courts, because there were no prototype shipments sold in the New York market at the time of the exportation of the instant shipments. On the record presented the court found that the entries were made without intention to misrepresent the facts or defraud the revenue of the United States. The petition was therefore granted.